A CERTIFIED TRUE COPY

NOV 19 2001

ATTEST

FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 11/23/01

ATTEST: Nicole Picariello

DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV - 1 2001

FILED CLERK'S OFFICE

***DOCKET NO. 1203*** 01-1740 RHK/SRN

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

***(SEE ATTACHED SCHEDULE)***

## *CONDITIONAL TRANSFER ORDER (CTO-81)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,855 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle, III.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle, III.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 19 2001

CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

4

NOV 29 2001

DEPUTY CLERK

# SCHEDULE CTO-81 – TAG ALONG CASES
# DOCKET NO. 1203
# IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ~~ALN~~ | ~~2~~ | ~~01-2316~~ | ~~Neil v. American Home Products Corp., et al.~~ opposed 11-16-01 |
| MINNESOTA | | | |
| MN | 0 | 01-1738 | Mills v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1740 | Pena v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1831 | Gill-Journiette v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1833 | Ginn, etc. v. Wyeth-Ayerst Laboratories, et al. |

dl

Date: November 29, 2001

R E C O R D O F D O C K E T T E X T

0:01-cv-01740 Pena v. Wyeth-Ayerst Labs

DOCKET ENTRY

CONDITIONAL TRANSFER ORDER (Multidistrict Litigation Panel / 11/19/01) transferring case to the Eastern District of Pennsylvania, Philadelphia per the MDL panel termination notice; Mailed certified copies of complaint and docket entries, pursuant to Pretrial Order No. 2 by Judge Louis C. Bechtle, to the Clerk's Office, U.S. District Court for the Eastern District of Pennsylvania, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797 2pg(s) (cc: all counsel)

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL